

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT L. WIGGINS, JR.,** | ) | |
| et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION NO. |
| | ) | 2:12-cv-02705-SGC |
| v. | ) | |
| | ) | |
| **FDIC, as Receiver of Superior Bank,** | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| **FRANK ELLIS, IV, and** | ) | |
| **CHARACTER COUNTS, LLC,** | ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **ROBERT L. WIGGINS, JR.,** | ) | |
| et al., | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

**EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANTS/COUNTER-PLAINTIFFS FRANK ELLIS IV AND CHARACTER COUNTS, LLC'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO DISMISS**

COME NOW Defendants/Counter-Plaintiffs Frank Ellis IV and Character Counts, LLC, and hereby give notice that they are filing the attached evidentiary

submission in support of their Response in Opposition to Plaintiffs' Motion to Dismiss (Doc. 201):

**Exhibit A**: September 5, 2007 Email from Linda Peacock to Robert Wiggins

**Exhibit B**: Purchase Agreement

**Exhibit C**: Plaintiff's Opposition to Motion for Disqualification

**Exhibit D**: Notice of Appearance of Robert L. Wiggins

**Exhibit E**: Affidavit of Robert Wiggins

**Exhibit F**: Declaration of Kelly Schuck

**Exhibit G**: Defendant's Response to Plaintiffs' Opposition to Motion for Disqualification

Respectfully submitted,

*/s/ Clark R. Hammond*
Clark R. Hammond
Samuel T. Sessions
Lauren G. Walker
*Attorneys for Defendants/Counterclaim Plaintiffs Frank Ellis, IV and Character Counts, LLC*

**OF COUNSEL:**

WALLACE, JORDAN, RATLIFF & BRANDT, LLC
800 Shades Creek Parkway, Ste. 400
Birmingham, AL 35209
Telephone: (205) 870-0555
chammond@wallacejordan.com
ssessions@wallacejordan.com
lwalker@wallacejordan.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Dennis G. Pantazis, Esq.
Rocco Calamusa, Esq.
Wiggins, Childs, Pantazis, Fisher
& Goldfarb, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

John D. Herndon, Esq.
Huie, Fernambucq & Stewart, LLP
2801 Highway 280 South, Ste. 280
Birmingham, Alabama 35223

Robert MacKenzie, Esq.
Tabor Robert Novak, III, Esq.
Starnes Davis Florie LLP
100 Brookwood Place, 7th Floor
Birmingham, AL 35209

Gregory C. Cook, Esq.
Balch & Bingham LLP
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203-4642

                                          */s/ Clark R. Hammond*
                                          OF COUNSEL