# Exhibit A

Page 1 of 2



**Peacock, Linda**

**From:** Robert L. Wiggins [RWiggins@wcqp.com]
**Sent:** Wednesday, September 05, 2007 7:57 AM
**To:** Peacock, Linda
**Cc:** Samuel G. McKerall; Kelly Schuck, Ph.D.
**Subject:** RE: Ellis Contract Amendment Rich Text (2).rtf

Linda:

1. Is the bank agreeable to the September 6th and October 2nd payment dates for August and September interest?

2. The contract extension needs to make clear that "earnest money" credited to the promissory note portion of the purchase price does not include the interest payments from August 7, 2007 forward. The conjoining of these two topics back-to-back in Paragraph e implies otherwise, or is at least potentially confusing or ambiguous.

Bob

---

**From:** Peacock, Linda [mailto:lpeacock@bakerdonelson.com]
**Sent:** Tuesday, September 04, 2007 9:28 PM
**To:** Robert L. Wiggins; Samuel G. McKerall; Kelly Schuck, Ph.D.
**Subject:** Ellis Contract Amendment Rich Text (2).rtf

Bob and Sam

Attached is a draft closing date extension amendment Sam started and I finished.

Sam's document, which I appreciate him getting started, made the necessary changes in the second paragraph and left the first paragraph for me to edit.

So, my changes to Sam's document appear as red redlining.

See what you think of these changes. I think it's ready to go to Ellis but ask Bob to comment or approve.

I have to travel most of tomorrow with a client so will be largely out of touch. I can check e mail, but at lunch will be my first opportunity

If this is ok as is, I ask Bob to "reply to all" and say that, then Sam can get it to Ellis, etc.

If not ok as is, let me know by e mail and I will call in at lunch.

Thanks

---




Under requirements imposed by the IRS, we inform you that,
if any advice concerning one or more U.S. federal tax issues is contained
in this communication (including in any attachments and, if this communication is by email, then
in any part of the same series of emails), such advice was not intended or written by the sender or by
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC to be used, and cannot be used, for the purpose of
(1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending
to another party any transaction or tax-related matter addressed herein.

9/6/2007

W_04869